IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   11-cv-02254-WYD-KMT

NIMBL, LLC,

     Plaintiff,

v.

BNIMBL, INC.,

     Defendant.

---

## ORDER OF RECUSAL

---

This matter is before me on a review of the file.  My daughter is an associate at the law firm of Faegre & Benson, counsel for Defendant bNimbl, Inc.  For this reason, I believe that it would be inappropriate for me to preside over this case.  Accordingly, I should recuse myself.  It is therefore

ORDERED that the Judge's file be returned to the clerk and that the case be reassigned by random draw.

Dated:  August 30, 2011

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      U. S. District Judge